UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

STEPHEN BARDFIELD and
CHARLES CARVER,

       Plaintiffs,

vs.                                                  Case No. 3:09cv232/MCR/MD

CHISHOLM PROPERTIES CIRCUIT
EVENTS, LLC and
JOHNNY CHISHOLM, individually,

       Defendants.
_____/

## AFFIDAVIT OF JOHNNY CHISHOLM IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT

       JOHNNY CHISHOLM, being sworn, states as follows:

       1.     I am an adult resident of the State of Florida and am a defendant in this action.

       2.     On February 18, 2009, I spoke by telephone with Stephen Bardfield to discuss the terms of the Note that is the subject of this action, and that day sent him an e-mail confirming that discussion. On February 19, 2009, I received an e-mail from Mr. Bardfield indicating he and Mr. Carver were prepared to make the loan and setting forth questions and additional requirements. A copy of both of these e-mails is attached hereto as Exhibit A.

       2.     On February 19, 2009, I instructed my in-house bookkeeper, Mr. Hayslette, to prepare a promissory note and personal guarantee to provide to Mr. Bardfield. He did this and I sent the draft to them by e-mail for their approval. A copy of first drafts of the Note and personal guarantee are attached here to as Exhibits B and C.

       3.     Later in the afternoon of February 19, 2009, I received an e-mail from Mr. Bardfield, forwarding an e-mail from his attorney, Seth Markowitz. Upon reviewing the e-mail,

1

it was my impression that Mr. Markowitz had reviewed the Note and was suggesting certain changes, in particular clarification of the "fee" and his concerns about enforcing the Note and guarantee in Florida. A copy of the forwarded e-mail is attached hereto as Exhibit D.

4. I then instructed Mr. Hayslette to revise the Note and personal guarantee so that it conformed to the concerns set forth in Mr. Markowitz' e-mail. That Note and personal guarantee were signed and sent to Mr. Bardfield by United Parcel Service.

5. At some point on February 19 or 20, 2009, I again spoke with Mr. Bardfield and Mr. Carver, who requested other changes in the terms of the agreement, particularly changing the repayment schedule so that the principal balance would be repaid by June 4, 2009, and the fee by June 7, 2009, instead of the entire unpaid balance being due on June 15, 2009, as provided in the original Note.

6. I then instructed Mr. Hayslette to prepare the Addendum to the Note, which was signed and sent to Messrs. Bardfield and Carver.

_____
JOHNNY CHISHOLM

### CERTIFICATE OF NOTARY

SWORN BEFORE ME, the undersigned authority, this 23 day of June, 2009, by Johnny Chisholm, who is personally known to me / produced Florida Driver License as identification.

MICHELLE M. BRUNTY
Notary Public - State of Florida
My Comm. Expires Nov 28, 2009
Commission # DD466069
Bonded By National Notary Assn.

_____
Notary Public

2

From: █████@mac.com
To: ████████@aol.com
CC: ████████coastlineinn.com
Sent: 2/19/2009 9:06:34 A.M. Central Standard Time
Subj: Re: One Mighty Weekend

I spoke with my partner yesterday and we are prepared to put up the 200k.

We have some questions and requirements.

Do you have any additional history on performance that you can share with us? We just want to capture a clear picture of the trend in sales as compared to the current market.
If you fail to repay the inital 200k before June 1 or you default in the schedule you set forth we want to have personnel and corporate guarantees in place from yourself and the venue.

In addition we want he right to collect receipts directly from the venues on the days of direct ticket sales should there be a shortfall.

Please contact me if you have any questions

Stephen Bardfield

On Feb 18, 2009, at 11:21 AM, JohnnyChisholm@aol.com wrote:

> Mr. Bardfield,
>     Thank you for taking the time to speak with me this morning. As I indicated to you on the phone I would like to borrow $200,000.00 as a result of different payment arrangements required for our events in Orlando this year. To view the activity and line up of events please visit www.onemightyweekend.com as an introduction to our One Mighty Weekend.
>     Below is a recap of our 2008 sales as well as the actual to date for 2009 with projections for the remainder of time up until the event. In consideration for the loan I will agree to repay you the principal plus a 20% fee to be repaid by 25% of future credit card sales, payable monthly, with any remaining balance due no later than June 15, 2009.
>     Please let me know if you have any questions and I look forward to hearing from you as Disney is requiring the payment this week.
>
> Thanks!
>     Johnny Chisholm
>
> <CreditCardAnalysis.jpg>

EXHIBIT A

1

## **PROMISSORY NOTE**

$200,000.00                                                                              Pensacola, Florida
                                                                                          February _____, 2009

     For value received, Chisholm Properties Circuit Events, LLC by Johnny Chisholm it's managing member, promises to pay to _____ at _____, or order the payment of, the sum of Two Hundred Thousand dollars ($200,000.00) in lawful money of the United States of America with a fee of twenty percent (20%) thereon.  Said payments will be made in three (3) monthly installments equivalent to 25% of collected credit card sales beginning on April 1, 2009 with a fourth (4th) and final payment of any unpaid fee plus unpaid principal balance on or before June 15, 2009.  There is no penalty for pre-payment of any fee and/or principal.

     It is agreed that in the event that default is made in the payment of this note at maturity, or of any installment thereof, whether maturing by expiration of time or by default as herein provided, and same is placed in the hands of an attorney for collection, then a reasonable amount shall be added to the same as a collection fee, and the failure to pay any installment when due shall mature the entire indebtedness at the option of the holder of this note.

     The endorser waives presentation for payment, protest, notice of protest and notice of non-payment of this note.

     WITNESS MY SIGNATURE, the day and date first above named.

                                                                               _____
                                                                              CHISHOLM PROPERTIES CIRCUIT EVENTS, LLC
                                                                              JOHNNY CHISHOLM, MANAGING MEMBER

     Johnny Chisholm, who is personally known to me appeared before and attests that this is his true signature.

                                                                               _____
                                                                              John Batson, Notary Public

EXHIBIT B

## PERSONAL GUARANTEE OF
## JOHNNY CHISHOLM

Pensacola, Florida
February _____, 2009

As inducement to accept the promissory note by and between _____ and Chisholm Properties Circuit Events, LLC, dated February ____, 2009, Johnny Chisholm hereby offers his personal guarantee that should Chisholm Properties Circuit Events, LLC default on payment of the said Promissory Note, he will be personally responsible for the indebtedness of Chisholm Properties Circuit Events, LLC.

It is agreed that in the event that default is made in the payment of the Promissory Note at maturity, or of any installment thereof, whether maturing by expiration of time or by default as herein provided, and same is placed in the hands of an attorney for collection, then a reasonable amount shall be added to the same as a collection fee, and the failure to pay any installment when due shall mature the entire indebtedness at the option of the holder of this note.

The endorser waives presentation for payment, protest, notice of protest and notice of non-payment of this note.

WITNESS MY SIGNATURE, the day and date first above named.

_____
Johnny Chisholm

Johnny Chisholm, who is personally known to me appeared before and attests that this is his true signature.

_____
John Batson, Notary Public

EXHIBIT C

Subj: **Fwd: Promissory Note**
Date: 2/19/2009 3:05:33 P.M. Central Standard Time
From: ███@mac.com
To: JohnnyChisholm@aol.com

some thought from my attorney
Stephen Bardfield
sbny@mac.com

Begin forwarded message:

> **From:** Seth Markowitz <███@markowitzroshco.com>
> **Date:** February 19, 2009 4:01:03 PM EST
> **To:** Stephen Bardfield <███@mac.com>
> **Subject: RE: Promissory Note**
>
> I looked quickly. The note and guaranty are vanilla, but require a little work. Note that the note states that the fee is $20,000, not the $40,000 you mentioned to me on the phone.
>
> Based on your explanation, I was also expecting to see a security agreement or some other assignment of the borrowers assets, particularly the admission fees. Did I misunderstand?
>
> How well do you know the guarantor? I ask because, while it is good to have a personal guaranty, the guaranty is only as good as the guarantor's pockets are deep. Although it doesn't state which state's laws govern, if the borrower and guarantor are Florida residents, you would have to enforce the note and guaranty in Florida and although I am as familiar with debtor/creditor rights in Florida as I am in NY, I do know that Florida has homestead laws and is a debtor friendly state. I would be concerned if you had to enforce the guaranty in Florida.
>
> I am leaving the office shortly, so call me on my cell or send me an email if you want to discuss.
>
> Best,
>
> Seth
>
> ---
>
> **From:** Stephen Bardfield [mailto:███@mac.com]
> **Sent:** Thursday, February 19, 2009 3:51 PM
> **To:** Seth Markowitz
> **Cc:** ███@coastlineinn.com
> **Subject:** Fwd: Promissory Note
>
>
> Stephen Bardfield
> sbny@mac.com
>
>
>
> Begin forwarded message:
>
>> **From:** ███@aol.com
>> **Date:** February 19, 2009 3:47:56 PM EST
>> **To:** ███@mac.com
>> **Subject: Promissory Note**

EXHIBIT D

I

Mr. Bardfield

Please find attached the promissory note and personal guarantee we discussed.

Thanks
Johnny

---

**A Good Credit Score is 700 or Above. <u>See yours in just 2 easy steps!</u>**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been provided, via electronic filing, to Arianne B. Suarez, Esq., Scott D. Lieberman, Esq., Lieberman, Danz & Kronengold, PL, 1301 International Parkway, Suite 140, Fort Lauderdale, Florida 33323, this 23rd day of June, 2009.

/s/ *Bruce C. Fehr*
Bruce C. Fehr, Fla. Bar No. 042757
LIBERIS & ASSOCIATES, P.A.
212 West Intendencia Street
Pensacola, Florida 32502
(850) 448-9647
bfehr@liberislaw.com
Attorney for defendants CHISHOLM PROPERTIES CIRCUIT EVENTS, LLC and JOHNNY CHISHOLM