**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STEPHEN BARDFIELD and
CHARLES CARVER,
    Plaintiffs,

v.

Case No. 3:09cv232/MCR/EMT

CHISHOLM PROPERTIES CIRCUIT
EVENTS, LLC, and
JOHNNY CHISHOLM, individually,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 25, 2010. (Doc. 76). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Johnny Chisholm's amended motion for summary judgment (doc. 30) is **DENIED**.

**DONE AND ORDERED** this 26th day of April, 2010.

                    *s/ M. Casey Rodgers*
                    **M. CASEY RODGERS
                    UNITED STATES DISTRICT JUDGE**