# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEPHEN BARDFIELD and
CHARLES CARVER,
        Plaintiffs,

v.
                                                 Case No. 3:09cv232/MCR/EMT

CHISHOLM PROPERTIES CIRCUIT
EVENTS, LLC, and
JOHNNY CHISHOLM, individually,
        Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 25, 2010. (Doc. 77). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiffs' "Motion to Discharge Bond and Incorporated Memorandum of Law" (doc. 70) is **GRANTED,** to the following extent: the amount of the security bond required in connection with Plaintiffs' preliminary injunction is **MODIFIED** to reflect that the amount now required to be posted in the court's registry is $20,000.00. In all other respects the preliminary injunction is unaltered.

3. The clerk of court is directed to release from the court's registry the balance of the security bond in the amount of $180,000.00, plus any interest accrued on that amount, to Plaintiffs' counsel, Scott Lieberman, of the firm Lieberman, Danz, & Kronengold, at his address of record.

**DONE AND ORDERED** this 26th day of April, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**