IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STEPHEN BARDFIELD**
**and CHARLES CARVER,**

        **Plaintiffs,**

v.                                        Case No. 3:09cv232/MCR/EMT

**CHISHOLM PROPERTIES CIRCUIT**
**EVENTS, LLC, and JOHNNY**
**CHISHOLM, individually,**

        **Defendants.**
_____/

## ORDER

      Pending before the court is the motion of Plaintiffs Stephen Bardfield and Charles Carver for disbursement of the balance of funds held in the court's registry. (Doc. 120.) On June 12, 2009, the court entered a preliminary injunction, after previously granting an emergency temporary restraining order, and Plaintiffs complied with the court's order to post a security bond with the Clerk of Court in the amount of $200,000. (*See* Doc. 15.) On April 26, 2010, this court ordered the release from the court's registry of $180,000 of the security bond, leaving a balance of $20,000. (Doc. 85.) On March 31, 2011, the parties entered into a stipulation for a consent final judgment and permanent injunction (doc. 115), and the court thereafter entered a consent final judgment and permanent injunction in favor of Plaintiffs (docs. 118, 119).

      The security bond is no longer necessary and Plaintiffs request that the remaining amount be released from the court's registry. The court finds that this relief is appropriate and the motion is due to be granted.

      Accordingly, it is now **ORDERED** as follows:

      1.     Plaintiffs' Motion for Disbursement of Funds from the Court's Registry (doc.

120) is **GRANTED**.

    2.    The Clerk of Court is directed to release from the court's registry the balance of the security bond in the amount of $20,000 plus any interest accrued on that amount, to Plaintiffs' counsel, Scott Lieberman, of the firm Scott Lieberman, P.A., at 7390 N.W. 5th Street, Suite 10, Plantation, FL 33317.

    **DONE and ORDERED** on this 2nd day of June, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**